IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ELIZABETH STRICKLIN, *formerly known as*
ELIZABETH NOFFSINGER, *on behalf of*
*herself and others similarly situated*,

        Plaintiff,

    v.

FIRST NATIONAL COLLECTION
BUREAU, INC.,

        Defendant.

Case No. 3:10-cv-01027-JPG-SCW

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is to be entered for the Defendant First National Collection Bureau, Inc., and against Plaintiff Elizabeth Stricklin on all counts.

**NANCY J. ROSENSTENGEL, Clerk of Court**

**Date: March 30, 2012**        **s/ Jina Hoyt, Deputy Clerk**

**APPROVED**: s./ J. Phil Gilbert
        **J. PHIL GILBERT**
        **DISTRICT JUDGE**