IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ELIZABETH STRICKLIN, *formerly known as* ELIZABETH NOFFSINGER, *on behalf of herself and others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> FIRST NATIONAL COLLECTION BUREAU, INC., <br><br> Defendant. | Case No. 3:10-cv-01027-JPG-SCW |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is to be entered for the Defendant First National Collection Bureau, Inc., and against Plaintiff Elizabeth Stricklin on all counts.

**NANCY J. ROSENSTENGEL, Clerk of Court**

**Date: March 30, 2012**   **s/ Jina Hoyt, Deputy Clerk**

**APPROVED**: s./ J. Phil Gilbert
        **J. PHIL GILBERT**
        **DISTRICT JUDGE**